IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARREL R. FISHER,

    Plaintiff,

v.                                                 Civil Action No. 3:24cv140

MARK E. O'BRIEN,

    Defendant.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter complaining that the Clerk for the United States Court of Appeals for the Fourth Circuit is opening his mail addressed to a judge. (ECF No. 1, at 1.) Upon further review, it appears that this letter is addressed solely to the United States Attorney for the Eastern District of Virginia and asks the United States Attorney to investigate purported violations of the law. (ECF No. 1, at 1.) Therefore, it appears that this letter was mistakenly sent to the Court or is merely a copy of the letter sent to the United States Attorney. Because it appears that this letter was not intended to be docketed as a civil action, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 3/7/2024
Richmond, Virginia

/s/ M. Hannah Lauck
United States District Judge